Filed April 23, 1892.

---

No. 15,647.

## Bonnel v. Shirley et al.

PRACTICE.—*Supreme Court.—Insufficiency of Brief.*—Where a brief filed in the Supreme Court contains nothing but a bare assertion of errors, no question is presented thereby for the consideration of the court.

From the Carroll Circuit Court.

*C. S. Wesner* and *O. D. Wesner*, for appellants.

McBRIDE, J.—The brief filed by counsel for the appellant contains nothing whatever by way of argument, or citation of authority. Nor is there even a suggestion of any reason, or ground, for holding the action of the court below erroneous.

We find nothing in it but a bare assertion of error. Such a brief presents no question for our consideration. *Harrison* v. *Hedges*, 60 Ind. 266; *Bray* v. *Franklin Life Ins. Co.*, 68 Ind. 6; *Landwerlen* v. *Wheeler*, 106 Ind. 523, and many other cases.

Judgment affirmed.

Filed April 26, 1892.